# EXHIBIT "A"



DOCUMENT 1: NOTICE OF PETITION
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF DUTCHESS

------------------------------------------------------------------x

GAE MARIE CANNON,

Petitioner,

-against-

2025 /12 ⱷ

DUTCHESS COUNTY LEGISLATURE,
DUTCHESS COUNTY WATER AND WASTEWATER AUTHORITY,
DUTCHESS LEGISLATIVE COUNTY CLERK,
DUTCHESS COUNTY LEGISLATIVE DEPUTY CLERK
Respondents.


**NOTICE OF PETITION**
Index No.: _____
**(To be assigned by Clerk)**

------------------------------------------------------------------x


**PLEASE TAKE NOTICE**, that upon the annexed Verified Petition of **GAE MARIE CANNON**, verified on the **22nd day of December, 2025**, and the Affidavit in Support sworn to on the same date, and upon all exhibits attached (A through H), the Petitioner will move this Court at the Courthouse located at **10 Market Street, Poughkeepsie, New York**, on the _____ day of _____, 2025 at 9:30 AM, for an Order and Judgment pursuant to CPLR Article 78:

1. **DECLARING** the 2026 Tax Levy and Assessment Roll **VOID AB INITIO** due to jurisdictional defects and failure to comply with Town Law § 202-a;

2. **ENJOINING** the Respondents from certifying, collecting, or borrowing against said Levy (including the issuance of any bonds);

3. **DECLARING** that the Respondents violated the Petitioner's rights under the Americans with Disabilities Act (ADA) and New York State Human Rights Law by creating a hostile environment and denying reasonable accommodation;

4. **AWARDING** damages in the amount of $175,000.00 for violation of Petitioner's Civil Rights (First and Fourteenth Amendments) and State-Created Danger;

5. **GRANTING** such other relief as the Court deems just and proper.

**Dated:** December 22, 2025
Poughkeepsie, New York

GAE MARIE CANNON, Petitioner Pro Se
17 RUSSET ROAD
POUGHKEEPSIE, NY 12601
Email: 1Fullplate@gmail.com
(845) 464-6980

DOCUMENT 2: VERIFIED PETITION
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF DUTCHESS

-----------------------------------------------------------------x

**2025** / **1260**

GAE MARIE CANNON,

Petitioner,

-against-

DUTCHESS COUNTY LEGISLATURE,
DUTCHESS COUNTY WATER AND WASTEWATER AUTHORITY,
~~Respondents.~~ DUTCHESS. COUNTY LEGISLATIVE ~~CLERK~~ CLERK
DUTCHESS COUNTY LEGISLATIVE DEPUTY CLERK.
(Respondents)

~~NOTICE OF PETITION~~

~~Index No.:~~

**(To be assigned by Clerk)**

-----------------------------------------------------------------x

**VERIFIED PETITION**

Petitioner, GAE MARIE CANNON, appearing pro se, respectfully alleges:

**I. PRELIMINARY STATEMENT**

1. This is a hybrid proceeding seeking to annul a procedurally defective tax assessment and to recover damages for the active suppression of Constitutional rights, First Amendment retaliation, and state-created danger occurring on December 17, 2025.

**II. THE PARTIES AND JURISDICTION**

2. Petitioner is a resident and property owner in Dutchess County. Respondents are the municipal entities responsible for the challenged Resolution. Jurisdiction is proper under CPLR 7804.

DUTCHESS COUNTY CLERK'S OFFICE RECEIVED 2025 DEC 22 PM 12:58

## III. FACTUAL ALLEGATIONS

### A. Prior Notice & "Whistleblower" Status

3. Petitioner is a person with a documented disability (PTSD) since 2017 and a whistleblower regarding the "Greenfields" project.

4. Prior to the December 17, 2025 hearing, Petitioner identified the scope and magnitude of deceptive procedural errors in the proposed assessment. Upon verifying these findings, Petitioner sent **numerous grievance emails** to the County Legislature and DCWWA beginning on November 22, 2025. These communications **explicitly** cited Federal ADA accommodations and requested a 5-day extension due to potential mass Due Process failures and the need to inform neighbors with disabilities. These emails were specifically addressed to every Legislator, County Executive, and DCWWA putting Respondents on actual notice of Petitioner's claims and disability status.

### 5. THE COMMUNITY MANDATE:

Petitioner did not appear solely on her own behalf. She arrived in possession of a **community petition signed by over 75 property owners** within the 281 homeowners Greenfields district, the majority of which was obtained in the single day before Thanksgiving (See Exhibit G). These signatories immediately joined Petitioner in opposing the assessment and citing the procedural defects, frantically sending ad hoc email "late file" grievances. By silencing Petitioner during the hearing, Respondents effectively disenfranchised not only a disabled constituent but a significant portion of the voting tax base of the impacted district.

### B. The "Special Relationship" & Constructive Knowledge

6. On December 17, 2025, Petitioner arrived at the Legislative Chambers at approximately **4:45 PM** in visible physical distress. Petitioner signed in and immediately notified the **Deputy Legislative Clerk** of her presence and medical vulnerability. Petitioner also provided service of written communications regarding her prior email warnings.

7. The Deputy Clerk acknowledged Petitioner's document submission (providing a date/time stamp) and received Petitioner's verbal medical disclosures of "severe PTSD." The Deputy Clerk then **personally escorted Petitioner to obtain water** to facilitate the administration of prescription medication at **4:55 PM**.

8. Petitioner received additional assistance managing the water cup from a different staff member while the Deputy Clerk watched Petitioner take her legally prescribed medication. This act confirms Respondents had **Actual Knowledge** of Petitioner's fragility prior to the hearing start.

9. Despite this knowledge, when Petitioner explicitly requested assistance regarding when to speak, the Deputy Clerk stated she "had to text her boss to ask and see." She provided continual reassurance that she would tell Petitioner "when" to speak, instructing Petitioner that she "can speak at the end." Relying on this instruction, Petitioner remained silent and compliant.

## C. The Constitutional Suppression (Prior Restraint)

10. At 5:40 PM, the Committee Chair looked directly toward the gallery to call for public comment on Resolution 2025241. Petitioner raised her hand, attempting to exercise her right to petition the government under the First Amendment and NYS Constitution Article I, § 9.

11. The Deputy Clerk, acting as an agent of the State, intervened and verbally instructed Petitioner **"Not yet,"** engaging in active **Prior Restraint** of speech. Petitioner complied in detrimental reliance on this instruction. The vote was then immediately taken and passed, effectively censoring Petitioner from the record without her knowledge.

## D. State-Created Danger & Deterioration

12. Following this suppression, Respondents recessed for a 40-minute "Holiday Celebration" while the session was still being recorded. During this delay, the hostile environment triggered a severe medical response in Petitioner, resulting in **gross motor tremors**. Petitioner was visibly rocking in her chair, bent at the waist, shaking in a manner visible to the dais.

13. At approximately 6:15 PM, a neighboring resident reached out to physically comfort Petitioner in open view of Respondents, asking, "Are you okay?" Petitioner responded, "I just have to get through this." Another resident left his seat to retrieve water for her.

14. At 6:45 PM, having waited under extreme duress for two hours, Petitioner stood and explicitly notified the body: **"I am under extreme, extreme physical duress."** Chairman Truitt responded on the record: **"Please wrap up soon,"** prioritizing procedural speed over a stated medical emergency.

15. Petitioner, gathering her belongings and stating "I have to get out of here right now," fled towards **28°F weather without a coat** due to medical urgency. She was **pursued to the elevator** by County agents (an incoming Legislator and Public Works staff), which further obstructed her exit and exacerbated the state-created danger.

16. As Petitioner attempted to flee the chambers to seek safety, Respondents intercepted her and attempted to shunt her into a **"Hallway Hearing,"** trying to capture testimony in a segregated, unrecorded space rather than facilitating her exit.

### E. The Statutory Defect

17. The mailed tax notice for Resolution 2025341 violated **Town Law § 202-a** by omitting the mandatory Plain Language Summary and Debt Schedule (See Exhibit A).

## IV. CAUSES OF ACTION

18. **COUNT I: VIOLATION OF TOWN LAW § 202-a.**

The Resolution is void for lack of jurisdiction due to the defective notice which failed to include the statutory plain language summary and debt schedule.

## 19. COUNT II: VIOLATIONS OF THE AMERICANS WITH DISABILITIES ACT (ADA) & CIVIL RIGHTS LAW.

- **Violations of Title II (42 U.S.C. § 12132):** Respondents violated Title II of the ADA by excluding Petitioner, a qualified individual with a disability, from participation in a public hearing. Despite having "Actual Knowledge" of Petitioner's disability (evidenced by the Deputy Clerk providing water for medication), Respondents failed to ensure Petitioner's access to the determinative vote.
- **Failure to Modify Policies (28 C.F.R. § 35.130(b)(7)):** Respondents failed to make reasonable modifications to their procedural rules (e.g., pausing the "Holiday Celebration" or extending the speaking time) to accommodate a known medical crisis.
- **Illegal Segregation (28 C.F.R. § 35.130(d)):** By attempting to shunt Petitioner into a "Hallway Hearing" outside the public chambers, Respondents violated the ADA's integration mandate.
- **State-Created Danger (42 U.S.C. § 1983):** Respondents' active pursuit of Petitioner while she fled towards 28°F weather, after obstructing her exit, created a specific danger to her health and safety in violation of the Fourteenth Amendment Due Process Clause.

## 6. CONCLUSION & RELIEF REQUESTED

20. I have attempted to engage with the Respondents as a concerned citizen and taxpayer. I have followed their rules, attended their hearing, and requested simple accommodations for my disability. In return, I have been met with silence, intimidation, surveillance, and a violation of my fundamental rights.

21. The Respondents have failed to comply with the mandatory notice requirements of Town Law § 202-a, rendering the 2026 Tax Levy jurisdictionally defective. Furthermore, their conduct on December 17, 2025, constituted a deliberate effort to suppress public scrutiny and retaliate against me for my protected speech.

22. I am not asking for special treatment. I am asking for the Respondents to be held to the letter of the law. If this Court does not intervene, the Respondents will be permitted to levy an illegal tax and continue their pattern of silencing dissent with impunity.

**WHEREFORE**, I respectfully request that this Court grant the relief sought in the Verified Petition in its entirety, including:

(a) Declaring the 2026 Tax Levy and Assessment Roll void ab initio;

(b) Enjoining the Respondents from finalizing the bond sale based on this defective roll;

(c) Awarding $175,000 damages for the violation of my civil rights and the ADA; and

(d) Granting such other and further relief as the Court deems just and proper.

_____

GAE MARIE CANNON

Sworn to before me this

22  day of December, 2025

**NOTARY PUBLIC**

JASON D BAKER
Notary Public - State of New York
NO. 01BA6429941
Qualified in Dutchess County
My Commission Expires Mar 7, 2026

DOCUMENT 3: VERIFICATION
STATE OF NEW YORK )
COUNTY OF DUTCHESS ) ss:


GAE MARIE CANNON, being duly sworn, deposes and says: I am the Petitioner in this action. I have read the foregoing Petition and know the contents thereof; the same is true to my own knowledge, except as to those matters alleged upon information and belief, and as to those matters, I believe them to be true.

"I received the Public Notice for the 2026 Tax Levy (Exhibit A). Upon review, I immediately noted that the mandatory **Debt Schedule** was omitted. As a taxpayer, I cannot legally or financially consent to a levy that hides its underlying debt. This omission violates Town Law § 202-a and renders the levy void ab initio."


Sworn to before me this
22nd day of December, 2025
NOTARY PUBLIC

JASON D BAKER
Notary Public - State of New York
NO. 01BA6429941
Qualified in Dutchess County
My Commission Expires Mar 7, 2026

1. THE JURISDICTIONAL DEFECT (The "Sound" Argument)
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF DUTCHESS

GAE MARIE CANNON v. DUTCHESS COUNTY LEGISLATURE, et al.
Index No.: _____

## TABLE OF EXHIBITS

**EXHIBIT A: Defective Tax Notice**
Copy of the mailed notice for Resolution 2025241, demonstrating the omission of the mandatory
Plain Language Summary and Debt Schedule (Town Law § 202-a).

**EXHIBIT B: Prior Written Warnings**
Petitioner's emails (Nov 22 – Dec 16) to Respondents citing ADA Title II requirements, disability
status (PTSD), and request for accommodations.

**EXHIBIT C: Medication Administration Record**
Log confirming medication administration at 4:55 PM, facilitated by the Deputy Legislative
Clerk within the Chambers.

**EXHIBIT D: Video Evidence of Constitutional Suppression**
Screenshots and Time-Log of the Official County Video shows Petitioner being silenced ("Not
yet"), and the subsequent vote.

**EXHIBIT E: Whistleblower Status**
Documentation of Petitioner's public advocacy (The 281) regarding the Greenfields project
defects.

**EXHIBIT F: Environmental Conditions (Flight)**
Weather report for Poughkeepsie, NY on Dec 17, 2024, confirming freezing temperatures (28°F)
during Petitioner's pursuit.

**EXHIBIT G: Community Petition:**

EXHIBIT A

EXHIBIT B

**DUTCHESS COUNTY**
**WATER AND WASTEWATER AUTHORITY**
1 LAGRANGE AVENUE, POUGHKEEPSIE, NY 12603 (845) 486-3601

SEWER DISTRICT #8
GREENFIELDS SEWER SYSTEM

Tax Grid #:    133200-6264-57-564440-0000
Location (Road/Lane/Street):    17 Russett Rd

Current Tentative Units:

| Special District | Taxable Value | Tax Amount |
|---|---|---|
| SD8AG | 10 | $ 624.70 |

Cannon, Gae-Marie
17 Russett Rd
Poughkeepsie, NY 12601-6205

Current Tentative Assessment: $    624.70



DUTCHESS COUNTY
WATER AND
WASTEWATER AUTHORITY

1 LaGrange Avenue        September 15, 2025
Poughkeepsie, NY 12603
(845) 486-3601
Fax (845) 486-3656        Dear Property Owner:
dcwwa@dutchessny.gov    On behalf of the Dutchess County Benefit Assessment Review Board the Authority is
www.DCWWA.org            providing this notification regarding your property, which is in Sewer District #8 (Greenfields
                         Sewer System).

**Authority Board Members**

Thomas LeGrand          Please be advised that the current Tentative Benefit Assessment Roll for Sewer District #8
Chairperson             includes an assessment on your property, as noted at the top of this letter. This assessment
                        will appear on the Town & County tax bill to be mailed in the January to February period of
Rudy Vavra              next year. The purpose of the assessment is to fund capital improvements to the wastewater
Vice-Chairperson        treatment plant and collection system.

Lawrence R. Knapp       The Tentative Benefit Assessment Roll has been filed with the Clerk of the Dutchess County
Treasurer               Legislature and is available for inspection by appointment at the Office of the Clerk at 22
Dale Borchert           Market Street, Poughkeepsie, New York during regular offices by appointment by calling 845-
Secretary               486-2100.

Jennifer Cannella

Ex-Officio Members      The Dutchess County Board of Benefit Assessment Review will meet to hear any objections
                        to the Tentative Assessment Roll at the Legislative Chambers of the Dutchess County
Eoin Wrafter            Legislature, 22 Market Street, Poughkeepsie on the 9th day of October 2025, at 4:00 p.m.
Commissioner
D.C. Dept. of Planning &
Development             Anyone wishing to be heard must file a grievance application with the Clerk of the Legislature
                        on or before the date and time above set forth for hearing objections by mailing to the
Brian Scoralick        Dutchess County Legislature, 22 Market Street, 6th Floor, Poughkeepsie, NY 12601, by
Executive Director      emailing countylegislature@dutchessny.gov, or by hand delivering a complete application to
D.C. Soil & Water Conservation
District                the Dutchess County Legislature during regular office hours. Grievance applications may be
                        obtained during regular office hours or sent via email by calling 845-486-2100.
Legislative Liaison

Faye Garito             Please direct assessment questions to the Authority at 845-486-3601.
County Legislature

Staff                   Sincerely,

Jonathan Churins
Executive Director                                    *This is not a Bill.* *This 2025*
                                                      *Assessment will appear on the Town*
Jessica McMahon                                       *& County tax bill to be mailed in the*
Deputy Director                                       *January to February period of next*
Treasurer               Jonathan Churins,             *year.*
                        Executive Director

**DUTCHESS COUNTY**
**WATER AND WASTEWATER AUTHORITY**
1 LAGRANGE AVENUE, POUGHKEEPSIE, NY 12603

SEWER DISTRICT #8
GREENFIELDS SEWER SYSTEM

Tax Grid #:    133200-6264-57-564440-0000
Location (Road/Lane/Street):   17 Russett Rd
Current Tentative Assessment:   $   178.87

Cannon, Gae-Marie
17 Russett Rd
Poughkeepsie, NY 12601-6205

*This is not a Bill. This 2022 Assessment will appear on the Town & County tax bill to be mailed in the January to February period of next year.*

September 16, 2021



1 LaGrange Avenue
Poughkeepsie
New York, 12603
(845) 486-3601
Fax (845) 486-3610
dcwwa@dutchessny.gov
www.DCWWA.org

**Authority Board Members**

**Thomas LeGrand**
Chairperson

**Vincent DiMaso**
Vice-Chairperson

Rudy Vavra
Treasurer

Lawrence R. Knapp
Secretary

Michael Cotton P.E.

**Ex officio Members**

Brian Scoralick
Executive Director
Soil and Water Conservation District

Eoin Wrafter
Commissioner
D.C. Dept. of Planning & Development

**Staff**

Bridget Barclay
Executive Director

September 16, 2021

Dear Property Owner:

On behalf of the Dutchess County Benefit Assessment Review Board the Authority is providing this notification regarding your property, which is in Sewer District #8 (Greenfields Sewer System).

Please be advised that the 2022 Tentative Benefit Assessment Roll for Sewer District #8 includes an assessment on your property, as noted at the top of this letter. This assessment will appear on the Town & County tax bill to be mailed in the January to February period of next year. The purpose of the assessment is to fund capital improvements to the wastewater treatment plant and collection system. The purpose of the sewer assessment is to fund debt service on bonds borrowed to upgrade the sewage treatment plant and collection system. The 2022 debt service reflects partial project cost for the sewer projects at the current stage of construction.

The Tentative Benefit Assessment Roll has been filed with the Clerk of the Dutchess County Legislature and is available for inspection by appointment at the Office of the Clerk at 22 Market Street, Poughkeepsie, New York during regular offices by appointment by calling 845-486-2100.

Due to public health and safety concerns related to COVID-19, the Dutchess County Board of Benefit Assessment Review will be meeting remotely in accordance with Legislation S.50001/A.40001 to hear objections to each such roll on the 7th day of October 2021, at 4:00 pm. The October 7 meeting will be held via video conferencing.

Anyone wishing to be heard must file a grievance application with the Clerk of the Legislature on or before the date and time above set forth for hearing objections by mailing to the Dutchess County Legislature, 22 Market Street, 6th Floor, Poughkeepsie, NY 12601, by emailing countylegislature@dutchessny.gov, or by hand delivering a complete application to the Dutchess County Legislature during regular office hours. Grievance applications may be obtained during regular office hours or sent via email by calling 845-486-2100.

Once a grievance application is filed, anyone wishing to view the meeting or address the Board may do so by contacting the Clerk of the Legislature at countylegislature@dutchessny.gov or by calling 845-486-2100 to obtain Zoom information or call-in number.

Please direct assessment questions to the Authority at 845-486-3624.

Sincerely,

Bridget Barclay,
Executive Director

Gae Marie Cannon
MASTER FILE: Cannon— CONSOLIDATED
GRIEVANCE & NOTICE OF DISABILITY
ACCOMMODATION (SUPERSEDES PRIOR
EMAILS)
Nov 27, 2025 at 9:50:59 PM
Dutchess County Legislature

DCWWA@dutchessny.gov
blawler@dutchessny.gov
1fullplate@gmail.com

**Gae Marie Cannon**
17 Russet Road
Poughkeepsie, NY 12601

**Date:** November 27, 2025
**VIA EMAIL AND CERTIFIED MAIL**
**To:**
**Dutchess County Water & Wastewater Authority (DCWWA)**
Attn: Jonathan Churins, Executive Director; Board of Directors
1 LaGrange Avenue
Poughkeepsie, NY 12603

**To:**
**Dutchess County Legislature**
Attn: All legislators and County Clerk
Attn: Hon. Will Truitt, Chairman (District 7)
Attn: Hon. Brendan Lawler, Legislator (District 4)
22 Market Street
Poughkeepsie, NY 12601

## RE: MASTER CONSOLIDATED GRIEVANCE & NOTICE OF DISABILITY ACCOMMODATION

**Property:** Greenfields Water System — Account # **013-003214-00**
**Subject:** Formal Objection to Assessment & Cost Allocation

## TO THE AUTHORITY AND LEGISLATIVE REPRESENTATIVES:

**PLEASE TAKE NOTICE** that this document **supersedes and replaces** all prior partial correspondence, emails, or drafts submitted by the undersigned regarding the **assessment challenge**.
**EXCEPTION:** This filing **DOES NOT** withdraw or alter my pending **Freedom of Information Law (FOIL) request**, which remains active and separate. Please continue processing that request alongside this grievance.

## SECTION I: PROCEDURAL STANDING (GOOD CAUSE)
**Notice of Disability & Accommodation:**
I have a documented, chronic medical condition that creates severe physical limitations. During the recent hearing/filing period, acute symptoms rendered me physically incapacitated and unable to participate.
• **Accommodation Required:** Due to the indefinite nature of my condition, I
    require that all proceedings be conducted via written correspondence (email/

mail) rather than in-person hearings.

- **Good Cause:** Any default judgments or late penalties must be vacated as my failure to appear was a direct result of medical impossibility, protected under the Americans with Disabilities Act (ADA).

## SECTION II: FINANCIAL GRIEVANCE & DISPROPORTIONALITY

I formally object to the cost allocation of the "Greenfields Water System" improvements. The financial burden placed on individual homeowners is **disproportionate** to the benefit received and creates an unsustainable total cost of living.

### A. The "Who Benefits" Inequality

The Authority is financing a **$13.8 Million** pipeline interconnection and tower upgrade by placing a 30-year lien on Greenfields residents. This infrastructure provides system-wide reliability and redundancy for the greater **Hyde Park Regional (HPR)** network and future developers, yet the cost is being localized to current residents.

- **Objection:** It is inequitable to burden existing homeowners with the full cost of capital improvements that benefit the wider regional network and future expansion.

### B. Unsustainable Cumulative Burden

The Authority must consider the **Total Cost of Service** before levying additional capital assessments. My property is already subject to exorbitant utility costs.

- **Current Charges:** My most recent billing reflects a total of **$448.48**, broken down as:
- Sewer Service: **$256.45**
- Water Service (Base): **$48.39**
- Water Usage (9 Units): **$143.64**
- **The Hardship:** Adding a 30-year capital assessment lien on top of these already excessive service and usage rates renders the cost of residency prohibitive.
- **Objection:** I request that the Board cap any new capital assessments or offset them against the exorbitant rates currently collected.

## C. Contamination & Remediation Liability

This capital project was necessitated largely by the need to remedy water quality issues (contamination) inherent to the previous supply source.

- **Objection:** Residents who have endured substandard water quality or contamination risks for over half a century and forced to purchase bottled water for daily use should not be held financially liable for the remediation of those defects. The cost to cure environmental hazards or system failures is the responsibility of the District/Authority, not the victimized ratepayer.

## SECTION III: RELIEF REQUESTED

Based on the foregoing, I request the Authority and the Legislature to:

1. **VACATE** any default judgment entered due to my medical absence.
2. **FREEZE** the 30-year lien implementation pending a review of the beneficiary

cost-sharing structure.

3. **REVIEW** the total cost burden (Sewer + Water + New Assessment) for Greenfields residents to ensure compliance with affordability standards.

4. **DISCLOSE** a full list of all private developers or undeveloped parcels that will benefit from this capacity increase, including a **certification of no conflict of interest** for all Board members and consultants involved in the project approval.

**RESERVATION OF RIGHTS:** I reserve the right to amend or supplement this grievance with further evidence upon receipt of the documents requested in my pending FOIL application.

Submitted by:
Gae Marie Cannon

Mail body: Fwd: Greenfield's public notices

Sent from my iPad

Begin forwarded message:

> **From:** Office of the New York State Comptroller <Contactus@osc.ny.gov>
> **Date:** December 5, 2025 at 1:29:43 PM EST
> **To:** Gae Marie Cannon <gaemariecannon@gmail.com>
> **Subject: Re: Greenfield's public notices**

Thank you for contacting the Office of the State Comptroller. This is to inform you that your email has been received and forwarded for review.

**From:** Gae Marie Cannon <gaemariecannon@gmail.com>
**Sent:** Thursday, December 4, 2025 10:10 AM
**To:** Office of the New York State Comptroller <Contactus@osc.ny.gov>; info ABO mailbox <info@abo.ny.gov>
**Subject:** Fwd: Greenfield's public notices

Sent from my iPhone

Begin forwarded message:

> **From:** Gae Marie Cannon <gaemariecannon@gmail.com>
> **Date:** December 4, 2025 at 9:32:06 AM EST
> **To:** Dutchess County Legislature <countylegislature@dutchessny.gov>, Sue Serino <countyexec@dutchessny.gov>, DCWWA@dutchessny.gov
> **Subject: Greenfield's public notices**

To: Sue Serino
To: Legislative Clerk
To: ALL LEGISLATORS

I received this pdf yesterday from DCWWA Ed Mills via email.

I'm writing to inform you that I never received the first page of that document. I keep extensive records and I did not receive it.

I have ONLY the second page.
That the first page was NOT included in the envelope of disclosures.

I'll forget add that even the first page is NOT adequate or complete information about the project, its costs, scope, and impact. The document, even together does not

provide any detailed information about what we are being forced to pay for.

How can the county impose a a special benefit assessment tax of any kind to which we have NO DETAILS.

These issues MUST be addressed before any further tax is levied against Greenfield's Residents as well as all the other small communities that will be impacted by this project.

We demand full disclosure.

Respectfully,
Gae Marie Cannon
Committee Leadership
Greenfield's Residential Water & Sewer Committee


Sent from my iPhone

Notice: This communication, including any attachments, is intended solely for the use of the individual or entity to which it is addressed. This communication may contain information that is protected from disclosure under State and/or Federal law. Please notify the sender immediately if you have received this communication in error and delete this email from your system. If you are not the intended recipient, you are requested not to disclose, copy, distribute or take any action in reliance on the contents of this information.

Mail body: Fwd: GREENFIELD'S Sewer special benefit assessment

Sent from my iPad

Begin forwarded message:

> **From:** Office of the New York State Comptroller <Contactus@osc.ny.gov>
> **Date:** December 9, 2025 at 10:28:16 AM EST
> **To:** Gae Marie Cannon <gaemariecannon@gmail.com>
> **Subject: Re: GREENFIELD'S Sewer special benefit assessment**

Thank you for contacting the Office of the State Comptroller. Your email has been forwarded to our Local Government and School Accountability Division. For further assistance regarding this matter, you may contact them directly at
LocalGov@osc.ny.gov

**From:** Gae Marie Cannon <gaemariecannon@gmail.com>
**Sent:** Tuesday, December 9, 2025 3:25 AM
**To:** Office of the New York State Comptroller <Contactus@osc.ny.gov>
**Subject:** Fwd: GREENFIELD'S Sewer special benefit assessment

I would also like to note that public hearings used by government as acceptance of public will violates the Federal ADA, as does the existing grievance process itself.

I am one of 281 in one small development community.
And I am severely disabled that is basically common public knowledge having lost my teenage autistic son to crime victimization in 2017 that was very public and involved NYS legislation.

After meeting with the head of DCWWA today for about 3 hours it is completely apparent that MANY small communities are being and have been unfavorably disproportionately impacted by being taxed for 100% of "trunk" lines that are designed not solely for the benefit of each community, but rather DCWWA is actively pursuing and achieving a dominant, vast regional, and totally interconnected presence at the cost of small communities.
Residential benefit had not been put first; expansion has.

Further, as you can see from this message I received from DCWWA, I believe ALL AFFECTED RESIDENTS IN HYDE PARK have extremely reasonable grounds for demanding a completely thorough and independent review of the DCWWA's failures while their financial growth has tripled since 2015. This is what Greenfield's is adamantly pursuing.

There are a list of small affected communities throughout HP suffering under a seemingly intentional pervasive lack of disclosure.

We want a complete pause on all DCWWA Hyde Park Regional and small community projects (Greenfield's included) until a state oversight department completes a thorough review.

Sincerely,

Gae Marie Cannon


Begin forwarded message:


**From:** "Mills, Edward" <emills@dutchessny.gov>
**Date:** December 8, 2025 at 11:57:39 AM EST
**To:** gaemariecannon@gmail.com
**Cc:** CountyLegislature <CountyLegislature@dutchessny.gov>
**Subject: FOIL - GREENFIELD'S Sewer assessment**


Dear Requestor:

In response to your FOIL request below, please find attached a pdf containing copies of the 282 individual letters dated 9/15/2025 and mailed to every property owner within the Part-County Sewer District No. 8 served by the Greenfields Sewer System notifying them of their proposed benefit assessment for 2026 and the related grievance process.

Also attached are copies (2 pdfs) of the affidavits of publication for the public notices of the tentative benefit assessment rolls and the related grievance process placed in two local newspapers by the County Legislature. The DCWWA reimburses the County for the cost of these ads.

Three pdfs in total have been attached to this email.

Further, here is a link to the current tax rolls available on the County's website: 2025 Tax Roll for Sales Terms.

Thanks,

**Ed Mills**
**FOIL Officer**
**Dutchess County Water and Wastewater Authority**
One LaGrange Avenue
Poughkeepsie, NY 12603
Phone: 845-486-3625; Fax: 845-486-3656
Email:

From: Gae Marie Cannon <gaemariecannon@gmail.com>
Sent: Wednesday, December 3, 2025 11:24 AM
To: CountyLegislature <CountyLegislature@dutchessny.gov>; dcwwa <dcwwa@dutchessny.gov>; Mo Raad <mraad>
Subject: GREENFIELD'S Sewer assessment

ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

I am writing to inform you that I, AND the other 280 Greenfield's residents, are currently UNAWARE of any benefit assessment regarding the sewer system.

I therefore request this email be accepted as my legal FOIL request, with ADA accommodation, for all records pertaining to any tax assessment regarding the Greenfield's sewer system.

Further, I respectfully also submit this email as The Residential Water & Sewer Committee's  ADAMANT OBJECTION to any passage of any water and sewer tax assessments until the ABO had conducted its proceedings.


Sincerely,
Gae Marie Cannon
Committee Leadership
Greenfield's Residential Water & Sewer Committee
<PCSD8 GFS LTR and Notice Regular.pdf>
<SDN Affadavit and Invoice Public Notice Benefit Assessment.pdf>
<PKJ Invoice and Affidavit Public Notice for Benefit Assessment.pdf>

Notice: This communication, including any attachments, is intended solely for the use of the individual or entity to which it is addressed. This communication may contain information that is protected from disclosure under State and/or Federal law. Please notify the sender immediately if you have received this communication in error and delete this email from your system. If you are not the intended recipient, you are requested not to disclose, copy, distribute or take any action in reliance on the contents of this information.

EXHIBIT C



EXHIBIT D







EXHIBIT E

From: Vanessa Komarnicki komarnickiv@nyassembly.gov
Subject: RE: FOIL Request
Date: May 5, 2022 at 4:08:31 PM
To: Gae Marie Cannon 1fullplate@gmail.com

Dear Ms. Cannon,

Good afternoon.

I wanted to let you know that I heard back from the DA's Association that they will review the bill and get back to us.

I am also awaiting guidance from the Assembly Ethics Counsel on what sort of assistance we may be able to provide regarding your FOIL request from the NYS Police.

Sincerely,
Vanessa

Vanessa Komarnicki
Chief of Staff & Legislative Director
Assemblymember Didi Barrett
(518) 455-5177

**From:** Gae Marie Cannon <1fullplate@gmail.com>
**Sent:** Thursday, April 21, 2022 5:07 PM
**To:** Vanessa Komarnicki <komarnickiv@nyassembly.gov>
**Subject:** Fwd: FOIL Request

Below you'll find the confirmation email with all of the vital info.


And thanks. I totally understand.

Gae Marie Cannon
#BaileysLaw

845-464-6980

https://www.change.org/p/bailey-s-law-now-hold-criminals-accountable-for-deaths-of-intentionally-victimized-developmentally-disabled


Begin forwarded message:

**From:** "troopers.sm.foilunit" <foilunit@troopers.ny.gov>
**Date:** February 4, 2022 at 9:36:19 AM EST
**To:** 1fullplate@gmail.com
**Subject: FOIL Request**


2/4/2022

EXHIBIT F



EXHIBIT G.

**PETITION TO THE DUTCHESS COUNTY LEGISLATURE & THE DCWWA**

**TO:** The Dutchess County Executive, The Dutchess County Legislature, The Dutchess County Water & Wastewater Authority (DCWWA), and The Town Board of Hyde Park.

**FROM:** The Undersigned Residents and Taxpayers of the Greenfields Water & Sewer District

**SUBJECT: DEMAND FOR IMMEDIATE PAUSE AND INDEPENDENT AUDIT OF THE $13.6 MILLION GREENFIELDS WATER PROJECT.**

**WHEREAS,** the Dutchess County Water & Wastewater Authority (DCWWA) intends to levy a 30-year tax assessment on the 280 households of Greenfields to fund a $13.6 Million Regional Pipeline connection; and

**WHEREAS,** the DCWWA rejected a verified, lower-cost option (Option 1: On-Site Filtration, ~$12 Million) that would have kept control local and qualified for specific NYS "Emerging Contaminant" grants; and

**WHEREAS,** the chosen Regional Pipeline (Option 2) provides critical infrastructure support for the **Bellefield at Historic Hyde Park** commercial development and future commercial expansion along St. Andrews Road, yet Greenfields residents are being asked to shoulder 100% of the debt burden; and

**WHEREAS,** the project documents do not transparently account for the abatement of existing 1970s-era Asbestos-Cement ("Transite") pipes, posing a financial and environmental risk to the community; and

**WHEREAS,** the environmental review (SEQRA) appears to have been segmented to exclude the cumulative impact of the commercial development this pipeline facilitates;

**THEREFORE, WE, THE UNDERSIGNED RESIDENTS, PETITION THE DUTCHESS COUNTY LEGISLATURE TO ENACT AN IMMEDIATE MORATORIUM ON THE GREENFIELDS BOND AND DEMAND THE FOLLOWING:**

1. **INDEPENDENT COST AUDIT:** A neutral, third-party review of the cost-benefit analysis between the On-Site Filtration Plant and the Regional Pipeline to determine why the more expensive option was chosen.
2. **PROPORTIONAL COST SHARING:** The immediate restructuring of the debt service so that **T-Rex Capital (Bellefield)** and future commercial beneficiaries pay a proportional share of the infrastructure costs, rather than shifting the entire burden to residential taxpayers.

3. **HAZARDOUS MATERIAL GUARANTEE:** A written, binding confirmation that the project budget includes the full abatement of existing Transite (asbestos) piping, with no cost overruns passed to residents.
4. **FULL SEQRA REVIEW:** A reopening of the Environmental Quality Review to address the cumulative impact of the regional expansion and the "segmentation" of the Bellefield benefit.

**WE, THE UNDERSIGNED, STATE THAT WE ARE RESIDENTS OF THE GREENFIELDS DISTRICT AND WE EXECUTE THIS PETITION DEMANDING FISCAL JUSTICE AND TRANSPARENCY.**

| DATE | NAME PRINTED | ADDRESS | SIGNATURE |
|------|--------------|---------|-----------|
| 11/26/25 | Sal Fusaro | 8 Water Edge Rd | *[signature]* |
| 11/26/25 | GAE MARIE Cannon | 17 Russeth Rd. | *[signature]* |
| 11/26/25 | Daniel Clarke | 2 Boxwood Ct | *[signature]* |
| 11/26/25 | Jeffrey Levinson | 23 Russet Rd | *[signature]* |
| ~~VACANT~~ | ~~VACANT~~ | ~~VACANT~~ | |
| 11/26/25 | Kristin Wright | 20 Russet | *[signature]* |
| 11/26/25 | Justin Paden | 18 Russeth Rd | *[signature]* |
| 11/26/25 | Gabriella Wertz | 3 Russett Rd | *[signature]* |
| 11/26/25 | Jessica P. Berkowitz | 15 Russet Rd. | *[signature]* |
| 11/26/25 | Andrew Berkowitz | 15 Russet Rd | *[signature]* |
| 11/26/25 | Steven Failla | 11 Sherwood Ln | *[signature]* |
| 11/24/25 | Carolina Sirett | 4 Rockledge Rd | *[signature]* |

3. **HAZARDOUS MATERIAL GUARANTEE:** A written, binding confirmation that the project budget includes the full abatement of existing Transite (asbestos) piping, with no cost overruns passed to residents.
4. **FULL SEQRA REVIEW:** A reopening of the Environmental Quality Review to address the cumulative impact of the regional expansion and the "segmentation" of the Bellefield benefit.

**WE, THE UNDERSIGNED, STATE THAT WE ARE RESIDENTS OF THE GREENFIELDS DISTRICT AND WE EXECUTE THIS PETITION DEMANDING FISCAL JUSTICE AND TRANSPARENCY.**

| DATE | NAME PRINTED | ADDRESS | SIGNATURE |
|------|--------------|---------|-----------|
| 11/26/2025 | Craig Bostwick | 4 Boxwood CT. | *(signature)* |
| 11/26/2025 | Ryan Benyash | 15 Windmill Rd | *(signature)* |
| 11/26/2025 | Jose Castellanos | 33 buttermilk | *(signature)* |
| 11/26/23 | Georgette & Brian Silvers | 18 Andover La | *(signature)* |
| 11/26/25 | Sarah & Bob Herzog | 16 Andover Ln | *(signature)* |
| 11/26/25 | JAMES McLAUGHLIN | 11 Fenway DR | *(signature)* |
| 11/26/25 | PATRICIA CO
EY | 21 & 24 Wagon | *(signature)* |
| 11/26/25 | Richard Cowell | 14 Andover Ln. | *(signature)* |
| 11/26/25 | Karen Kan | 10 Fenway | Karen Kan |
| 11/26/25 | Margaret Agunko | 6 Fenway | m Agunko |
| 11/26/25 | Tassy Ohen Phillis | 1 Fenway | Ohen Phillis |
| 11/26/25 | Susan Lindley | 3 Fenway | *(signature)* |

| DATE | NAME PRINTED | ADDRESS | SIGNATURE |
|---|---|---|---|
| 11/26 | Andas Pimento | 16 Russett | |
| 11/26 | " " | 20 Russett | |
| 11/26 | " " | 26 Russett | |
| 11/26 | " " | 36 Russett | |
| 11/26 | Kathy Zeidan | 28 Windmill | Kathy Zeidan |
| 11/26 | Karen Stritt | 26 Windmill Rd | K Stritt |
| 11/26 | Eric Stritt | 26 Windmill Rd | E Stritt |
| 11/26 | Julianna Zeidan | 26 Windmill Rd | |
| 11/26 | Ozlem Egan | 2 Buttonwood Ct. | |
| 11/26 | Tim Cassell | 4 Buttonwood Ct | T Cassell |
| 11/26 | Tracy England | 10 Buttonwood | T.E. |
| 11/20 | Richard England | 10 Buttonwood | T.E. |
| 11/26 | Edward Foote | 5 Buttonwood | |
| 11/26 | K. Espinosa | 20 Windmill Rd | |
| 11/26 | Pat Mason | 3 Waters Edge Rd | Pat E Mason |
| 11/26 | Lloyd B Cotton | 7 Waters Edge Rd POK NY 12601 | Lloyd B. Cotton |
| 11/26 | Kristina Mauro | 5 Waters Edge Rd | Kristina Mauro |
| 11/26 | Tina Cappiello | 6 Waters Edge Rd Pought NY 12601 | Tina Cappiello |

| DATE | NAME PRINTED | ADDRESS | SIGNATURE |
|---|---|---|---|
| 11/26/25 | BRIAN TERRANCEO | 30 Wagon Wheel Rd, Pmc, NY | [signature] |
| 11/26/25 | Eid Nesheiwat | 28 Wagonwheel RD | [signature] |
| 11/26/25 | Walt Decker | 26 Wagonwheel Rd Pok NY | [signature] |
| 11/26/25 | Olivia Itibbs | 1 Fenway Dr Pok NY | [signature] |
| | RAWLINS PHILLIP | 15 ANDOVER LN Pk. NY | [signature] |
| 11/26/25 | Susan Jennings | 13 Andover Lane Pough N.Y 1260 | |
| 11/26/25 | Veronica Agustin | 11 Andover lane Pough NY 12601 | [signature] |
| 11/26/25 | Devin Jackowski | 3 Wagon wheel Rd | [signature] |
| 11/26/25 | Melanie Pereira | 2 Wagon Wheel Rd | [signature] |
| 11/26/25 | Ryan Slaughter | 4 Wagon Wheel Rd | [signature] |
| 11/26/25 | Angela Pepe | 6 Wagon Wheel Rd | [signature] |
| 11/26/25 | Alexander Pineda | 16 Wagon Wheel Rd | [signature] |
| 11/26/25 | Silvia Pineda | 16 Wagon Wheel Rd | [signature] |
| 11/26/25 | Marie A Daley | 17 Wagon Wheel Road | [signature] |
| 11/26/25 | Gary Daley | 17 Wagon Wheel Rd | [signature] |
| 11/26/25 | Maria Smith | 34 Wagon Wheel Rd | [signature] |
| 11/26/25 | Laura McNamara | 16 Buttermilk Dr. | Laura Mc Namara |
| 11/26/25 | Alexandria Conklin | 34 Windmill Rd | [signature] |
| 11/26/25 | Adam Hermann | 34 Windmill Rd | [signature] |
| 11/26/25 | Dawn Daughty Myers | 32 Buttermilk Dr | [signature] |
| 11/26/25 | Jenna Siegrist | 9 Wagon wheel Rd | [signature] |
| 11/26/25 | Kim Castello | 9 Wagon Wheel Rd | Kim Castello |
| 11/26/25 | Tanisha Williams | 26 Buttermilk Dr | Tanisha Williams |
| 11-26-25 | Bill Myers | 32 Wagon Wheel Rd | Bill Myers |
| 11/26/25 | Wendy Dering | Andover Ln. | Wendy Dering |
| 11/26/25 | Donna Palmer | 14 Wagon wheel Rd | Donna Palmer |

| DATE | NAME PRINTED | ADDRESS | SIGNATURE |
|------|--------------|---------|-----------|
| 11/26 | Robert Manino | 5 Waters Edge Rd Poughkeepsie NY 12601 | |
| 11/26 | Kathy Fusaro | 8 Waters Edge Rd | |
| 11/26 | Cheryl Croft | 11 Waters Edge Rd | |
| 11/26 | Mikko Manner + Hanna | 12 Waters Edge Rd | |
| 11/26 | Morgan Johnston | 9 Waters Edge Rd | |
| 11/26 | John More | 13 Waters Edge Rd | |
| 11/26 | Amberlyn DuBois | 14 Waters Edge Rd | |
| 11/26 | Brenda Henebergheim | 4 Abbey Rd | |
| 11/24 | Richard Minard | 11 Wagon wheel Rd | |
| 11/26 | Connie Clerken | 13 Wagn Wheel Rd | |
| 11/26 | Susan Henry | 28 Buttermilk DR | |
| 11/24 | LINDA Del Bondo | 5 Abbey Road | |
| 11/26 | Kerry Licari | 2 Cresthill Ln. | |
| 11/26 | John Licari | 2 Cresthill Ln. | |
| 11/26/25 | GARY Graham | 2 Cresthill Ln | |
| 11/26/25 | Tracy Graham | 2 Cresthill Ln. | |
| 11/26/25 | Brett Beneway | 6 Buttonwood Ct. | |
| 11/26/25 | Laura Hymel Beneway | 6 Buttonwood Ct | |
| 11/26/25 | Steven Beneway | 6 Buttonwood Ct. | |
| 11/26/25 | James Kinkel | 22 Russet Rd | |

| DATE | NAME PRINTED | ADDRESS | SIGNATURE |
|------|-------------|---------|-----------|
| 11/26/25 | Kath. Weber | 144 Honeywell Ln HP | |
| 11/26/25 | Brandon Welch | 1 Russel Road | |
| 11/26/25 | Maria Crowell | 8 Sherwood Dr | Maria Crowell |
| 11/26/25 | Pam Bayish | 46 Honeywell Ln Hyde Park | |
| 11/26/25 | Kitty Brand | 24 Windmill Rd POK 12601 | Kathleen Beard |

| DATE | NAME PRINTED | ADDRESS | SIGNATURE |
|---|---|---|---|
| 11/26/25 | ED Palmer | 14 Wagon Wheel | _Ed Palmer_ |
| 11-26-25 | Brian Corey | 21 Wagon Wheel Rd | _B Corey_ |
| 11/27/23 | Macayla Corey | 24 Wagon Wheel Rd | _Macayla Corey_ |
| 11/28/25 | JoAnne Belch | 7 Fenway Dr | _JoAnne Belch_ |

| DATE | NAME PRINTED | ADDRESS | SIGNATURE |
|------|--------------|---------|-----------|
| 11/26/25 | Kelli Weber | 144 Honeywell Ln HP | |
| 11/26/25 | Brandon Welch | 1 Russel Road | |
| 11/26/25 | Maria Crowell | 8 Sherwood Ln | Maria Crowell |
| 11/26/25 | Raja Gagish | 146 Honeywell Ln Hyde Park | |
| 11/26/25 | KITTY BRAND | 24 WINDMILL Rd POK 12601 | Kathleen Brand |
| 12/5/25 | melissa Kennedy | 6 Cresthill Ln | |
| 12/5/25 | R H Green | 8 Cresthill Ln | |
| 12/7/25 | Susan monroe | 14 Boxwood Ct | Susan monroe |
| 12/7/25 | Irene Keller | 7 Butternut Ct | |

| DATE | NAME PRINTED | ADDRESS | SIGNATURE |
|------|--------------|---------|-----------|
| 11/26/25 | ED Palmer | 14 Wagon Wheel | _Ed Palmer_ |
| 11-26-25 | Brian Corey | 21 WAGON Wheel Rd | _B Corey_ |
| 11/27/23 | Micayla Corey | 24 Wagon Wheel Rd | _MC_ |
| 11/28/25 | JoAnne Belch | 7 FENWAY DR | _Joanne Belch_ |

3. **HAZARDOUS MATERIAL GUARANTEE:** A written, binding confirmation that the project budget includes the full abatement of existing Transite (asbestos) piping, with no cost overruns passed to residents.
4. **FULL SEQRA REVIEW:** A reopening of the Environmental Quality Review to address the cumulative impact of the regional expansion and the "segmentation" of the Bellefield benefit.

**WE, THE UNDERSIGNED, STATE THAT WE ARE RESIDENTS OF THE GREENFIELDS DISTRICT AND WE EXECUTE THIS PETITION DEMANDING FISCAL JUSTICE AND TRANSPARENCY.**

| DATE | NAME PRINTED | ADDRESS | SIGNATURE |
|------|-------------|---------|-----------|
| 12/15/25 | Josiane Renville | 25 Gill Hollow Rd | *(signature)* |
| 12/16/25 | Elvira Rivera | 10 Windmill Rd | *(signature)* |

COUNTY ATTORNEY
RECEIVED

2025 DEC 23  AM 11: 28

12/23/25

11:26 ams